SLIP OPINION

Cite as 2015 Ark. 128

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON CRIMINAL PRACTICE | **Opinion Delivered** March 19, 2015 |

## PER CURIAM

Honorable Phil Smith of Pocahontas, Circuit Judge, Third Judicial Circuit; Hon. Daniel Shue of Fort Smith, Prosecuting Attorney, 12th Judicial Circuit; Hon. Don McSpadden of Batesville, Prosecuting Attorney, 16th Judicial Circuit; Darnisa Johnson, Esq., of Little Rock; and John Everett, Esq., of Fayetteville, are appointed to the Committee on Criminal Practice for three-year terms to expire on January 31, 2018. We thank them for accepting appointment to this important committee.

Honorable Stephen Tabor of Fort Smith, Circuit Judge, 12th Judicial Circuit, and Hon. Grisham Phillips of Benton, Circuit Judge, 22nd Judicial Circuit, are reappointed to the Committee on Criminal Practice for three-year terms to expire on January 31, 2018. We thank them for their continued service.

We express our gratitude to the following members, whose terms have expired, for their years of dedicated service to the Committee on Criminal Practice: Judge Duncan Culpepper of Prescott; Judge Marion Humphrey of Little Rock; Vada Berger, Esq., of Little Rock; Ellen Reif, Esq., of Little Rock; and Jack Lassiter, Esq., of Little Rock.

We note with appreciation Judge Culpepper's service as the chair of the committee and designate Judge Smith to succeed him.